# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **SOVERAIN IP, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MICROSOFT CORPORATION**<br><br>*Defendant.* | Civil Action No.2:17-cv-204-RWS-RSP<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| **SOVERAIN IP, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CHARTER COMMUNICATIONS, INC.; SPECTRUM MANAGEMENT HOLDING COMPANY, LLC F/K/A TIME WARNER CABLE, INC.; AND NAVISITE, LLC.**<br><br>*Defendants.* | Civil Action No. 2:17-cv-301<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

CAME ON FOR CONSIDERATION, Plaintiff Soverain IP, LLC's ("Soverain" or "Plaintiff"), and Defendants Charter Communications, Inc., Spectrum Management Holding Company, LLC, and Navisite, LLC (collectively, "Defendants") Joint Motion to Dismiss. Having considered the motion it is hereby GRANTED.

Accordingly, all claims asserted in the matter by Soverain against Defendants are DISMISSED WITH PREJUDICE. All attorneys' fees, costs, and expenses shall be borne by the incurring party.

**SIGNED this 17th day of August, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE